

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 18, 2023

The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:**   ***United States v. Maxim Marchenko, 23 Mag. 6181***

Dear Judge Krause:

The Government writes to respectfully request that the Court unseal the above-referenced complaint and arrest warrant, as we have been advised that the defendant has been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jennifer N. Ong
Shiva H. Logarajah
Assistant United States Attorneys

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
Dated: September 18, 2023